NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MEYER REINMAN,<br><br>       Plaintiff,<br><br>v.<br><br>ANNA NEUBAUER, EXECUTRIX OF THE ESTATE OF EDWARD GANOTA, et al.,<br><br>       Defendants. | Civil Action No. 18-15483(SDW)(LDW)<br><br>**ORDER**<br><br>December 3, 2019 |

**THIS MATTER** having come before this Court upon Plaintiff Meyer Reinman's ("Plaintiff") Motion for Entry of Default and Motion for Default Judgment (D.E. 12, 13) against Defendant Anna Neubauer, in her capacity as Executrix of the Estate of Edward Ganota; and

**WHEREAS** Plaintiff did not obtain Entry of Default prior to moving for default judgment and no default has been entered, Plaintiff's Motion for Default Judgment will be denied; and

**WHEREAS** Defendant's attorney has since entered an appearance in this matter and has represented to this Court that service has never been effectuated on her client (D.E. 15, 16). To date, it appears that service has only been made on the Essex County Surrogate, but not the named Defendant. (*See* D.E. 3.) As such, Plaintiff's Motion for Entry of Default will also be denied;

**IT IS, on this 3rd day of December, 2019,**

**ORDERED** that Plaintiff's Motion for Entry of Default (D.E. 12) and Motion for Default Judgment (D.E. 13) are **DENIED**. Plaintiff is ordered to serve Defendant within ten (10) days, or this matter shall be dismissed.

**SO ORDERED**.

/s/ Susan D. Wigenton
**SUSAN D. WIGENTON, U.S.D.J.**

Orig:  Clerk
cc:     Leda D. Wettre, U.S.M.J.
       Parties